IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 26-1294

| | | |
|---|---|---|
| AUNG DOE, *et al.*, | ) | |
| | ) | Appeal from the United States |
| Plaintiffs-Appellees, | ) | District Court for the Northern |
| | ) | District of Illinois |
| v. | ) | |
| | ) | No. 25 C 15483 |
| MARKWAYNE MULLIN,[1] *et al.*, | ) | |
| | ) | Matthew F. Kennelly, District Judge |
| Defendants-Appellants. | ) | |

**APPELLANTS' AGREED MOTION FOR EXTENSION OF TIME**

Appellants, Secretary of Homeland Security Markwayne Mullin, U.S. Citizenship and Immigration Services, the United States Department of Homeland Security, and the United States of America, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, and pursuant to Fed. R. App. P. 26 and Cir. R. 26, move for a 30-day extension of time to April 24, 2026, to file their answering brief in this case and in support of this motion, incorporate the attached declaration of Assistant United States Attorney Joshua S. Press.  This is appellants' first request for an extension.

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Markwayne Mullin is automatically substituted for his predecessor, Kristi L. Noem.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press

JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov

## Declaration

Joshua S. Press, Assistant United States Attorney, declares as follows:

1.     I am assigned to represent the defendants-appellants in this appeal. Currently, the appellants' answering brief is due on March 25, 2026.

2.     This appeal was first docketed at this court on February 13, 2026.  Dkt. 1.  This court then ordered appellants to file their opening brief by March 25, 2026. *Id.*

3.     This case involves a challenge by plaintiffs-appellees to the Secretary of Homeland Security's termination of Burma's (formerly known as Myanmar) Temporary Protected Status ("TPS") designation.  *See* R. 1.

4.     On March 16, 2026, the Supreme Court granted two petitions for certiorari before judgment in similar cases challenging the termination of TPS designations for Syria and Haiti.  *Noem v. Doe*, No. 25-1083 (S. Ct. Mar. 16, 2026); *Trump v. Miot*, No. 25-1084 (S. Ct. Mar. 16, 2026), respectively.

5.     In addition, the Supreme Court set an expedited schedule to hear arguments in the two TPS cases for late April 2026, with a written decision expected to be issued by late June 2026.

6.     It would be ill-advised to brief the merits of the instant appeal before the Solicitor General has filed his opening briefs in the two TPS cases at the Supreme Court.  The Solicitor General, of course, determines the positions the government will take before the Court, and we will want to take the same positions here.

7.     Further, I am taking pre-planned leave and am out of the country from the evening of Thursday, March 26, 2026, until the morning of Monday, April 13, 2026.

8.     Accordingly, I seek additional time to draft appellants' opening brief in this case.

9.     Based on the foregoing, I request a 30-day extension of time to file appellants' answering brief, up to and including April 24, 2026.

10.     This is appellants' first motion for an extension of time to file their opening brief.

11.     Oral argument has not been scheduled in this appeal.

12.     I have contacted counsel for the plaintiffs-appellees, and they consent to the relief sought in this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2026.

s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney

2

## Certificate of Service

I hereby certify that on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Joshua S. Press

JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov