# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 25, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1294 | AUNG DOE, et al.,<br>         Plaintiffs - Appellees<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br>         Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-15483<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Upon consideration of the **APPELLANTS' AGREED MOTION FOR EXTENSION OF TIME**, filed on March 24, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellants are due by April 24, 2026.

2. The brief of the appellees is due by May 26, 2026.

3. The reply brief of the appellants, if any, is due by June 16, 2026.

Counsel for the appellants is reminded that motions for extension of time should be filed seven days before the brief is due. *See* Cir. R. 26.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).