IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 26-1294

| | |
|---|---|
| AUNG DOE, *et al.*, | ) |
| | ) Appeal from the United States |
| Plaintiffs-Appellees, | ) District Court for the Northern |
| | ) District of Illinois |
| v. | ) |
| | ) No. 25 C 15483 |
| MARKWAYNE MULLIN, *et al.*, | ) |
| | ) Matthew F. Kennelly, District Judge |
| Defendants-Appellants. | ) |

**APPELLANTS' UNOPPOSED MOTION
TO HOLD APPEAL IN ABEYANCE OR, IN
THE ALTERNATIVE, FOR AN EXTENSION OF TIME**

Defendants-appellants, the Secretary of Homeland Security, *et al.*, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, move to hold this appeal in abeyance (or to extend the briefing schedule) and in support state as follows.

1. Appellants in this case challenge the district court's decision granting postponement of the effective date for the termination of Burma's (formerly known as Myanmar) "Temporary Protected Status" designation. R. 52. Central to the district court's decision were the issues of jurisdiction and the merits of plaintiffs-appellees' APA claims.

2. The same issues in this case are under consideration and expected to be resolved in two matters currently before the Supreme Court: *Noem v. Doe*, No. 25-1083 (S. Ct.), and *Trump v. Miot*, No. 25-1084 (S. Ct.). Oral argument in these expedited cases is scheduled to be heard next week on April 29, 2026, with a decision

expected by June.  As the Court's resolution of those cases is likely to impact the instant appeal (and potentially be dispositive of the issues appellants will present), appellants request that this court hold this appeal in abeyance pending a decision by the Supreme Court in *Doe* and *Miot*.

3.     In the event the court does not wish to hold this appeal in abeyance, appellants move for a 14-day extension of time to May 8, 2026, to file their opening brief in this case and in support of this motion, incorporate the attached declaration of Assistant United States Attorney Joshua S. Press.  This is appellants' second request for an extension.

4.     Undersigned counsel contacted appellees' counsel regarding this motion, and the appellees do not oppose this motion to hold the appeal in abeyance, nor do they take a position regarding appellants' alternative request for a 14-day extension of time to file their opening brief.

WHEREFORE, appellants respectfully request that the court grant this motion to hold the appeal in abeyance.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
    JOSHUA S. PRESS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7625
    joshua.press@usdoj.gov

2

## Declaration

Joshua S. Press, Assistant United States Attorney, declares as follows:

1.    I am assigned to represent the defendants-appellants in this appeal. Currently, the appellants' opening brief is due on April 24, 2026.

2.    This appeal was first docketed at this court on February 13, 2026.  Dkt. 1.  This court then ordered appellants to file their opening brief by March 25, 2026. *Id.*  Based on a prior motion for extension of time, this court extended appellants' opening brief until April 24, 2026.  Dkt. 22.

3.    This case involves a challenge by plaintiffs-appellees to the Secretary of Homeland Security's termination of Burma's (formerly known as Myanmar) Temporary Protected Status ("TPS") designation.  *See* R. 1.

4.    On March 16, 2026, the Supreme Court granted two petitions for certiorari before judgment in similar cases challenging the termination of TPS designations for Syria and Haiti.  *Noem v. Doe*, No. 25-1083 (S. Ct. Mar. 16, 2026); *Trump v. Miot*, No. 25-1084 (S. Ct. Mar. 16, 2026), respectively.

5.    In addition, the Supreme Court set an expedited schedule to hear arguments in the two TPS cases for April 29, 2026, with a written decision expected to be issued by late June 2026.

6.    Accordingly, I seek additional time to draft appellants' opening brief in this case.

7.    Based on the foregoing, I request a 14-day extension of time to file appellants' opening brief, up to and including April 24, 2026.

8.    This is appellants' second motion for an extension of time to file their opening brief.

9.    Oral argument has not been scheduled in this appeal.

10.    I have contacted counsel for the plaintiffs-appellees, and they would not take a position regarding appellees' second extension request.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2026.

s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney

## Certificate of Service

I hereby certify that on April 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

s/ Joshua S. Press

JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov