# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 28, 2026

Before
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 26-1294 | AUNG DOE, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br> Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-15483<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Upon consideration of the **MOTION TO STAY CASE**, filed on April 23, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED.** Proceedings in this appeal are **SUSPENDED** pending a Supreme Court decision in *Noem v. Doe*, No. 25-1083, and *Trump v. Miot*, No. 25-1084. The parties shall file position statements within five days of any decision in either case.

form name: **c7_Order_3J**    (form ID: **177**)