IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 26-1294

| | |
|---|---|
| AUNG DOE, *et al.*, | Appeal from the United States District Court for the Northern District of Illinois |
| Plaintiffs-Appellees, | |
| v. | No. 25 C 15483 |
| MARKWAYNE MULLIN, *et al.*, | Matthew F. Kennelly, District Judge |
| Defendants-Appellants. | |

**APPELLANTS' POSITION STATEMENT
REGARDING THE SUPREME COURT'S RECENT OPINION**

Appellants, Secretary of Homeland Security Markwayne Mullin, U.S. Citizenship and Immigration Services, the United States Department of Homeland Security, and the United States of America, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, and pursuant to this court's order of April 28, 2026, hereby file their as-ordered position statement in response to the Supreme Court's decision last week in *Mullin v. Doe*, 609 U.S. —, 2026 WL 1825840 (June 25, 2026).

In *Mullin v. Doe*, the Court held (1) that the statute authorizing "Temporary Protected Status" (TPS) precluded judicial review over all non-constitutional claims related to that status, *id.* at *7–10; and (2) that the Haitian nationals affected by the Secretary's termination of TPS for Haiti were unlikely to succeed on the merits of their equal protection claim, *id.* at *11–13.  Consequently, the Court reversed the

lower courts' decisions upholding the postponements of TPS termination entered by the district courts.

The appeal in this case was stayed while the Supreme Court in *Mullin v. Doe* considered  legal issues *identical* to those presented in this appeal.  Now that *Mullin v. Doe* has been decided, this court should dissolve the stay, Dkt. 24, and allow the parties to litigate this appeal in the normal course.  To that end, appellants will move this court to stay the district court's order for preliminary relief by no later than July 3, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
    JOSHUA S. PRESS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7625
    joshua.press@usdoj.gov

2

**Certificate of Service**

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Joshua S. Press

JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov