IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 26-1294

| | |
|---|---|
| AUNG DOE, *et al.*,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>        Defendants-Appellants. | Appeal from the United States District Court for the Northern District of Illinois<br><br>No. 25 C 15483<br><br>Matthew F. Kennelly, District Judge |

**APPELLANTS' MOTION FOR SUMMARY REVERSAL
OR, ALTERNATIVELY, FOR A STAY OF THE DISTRICT
COURT'S POSTPONEMENT ORDER PENDING APPEAL**

Defendants-appellants Secretary of Homeland Security Markwayne Mullin, *et al.,* by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, move for summary reversal of, or alternatively to stay, the district court's order postponing indefinitely the Secretary's termination of temporary protected status of Burmese nationals.  R. 52.  A memorandum in support of this motion is filed contemporaneously with this motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
    JOSHUA S. PRESS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7625
    joshua.press@usdoj.gov

## Certificate of Service

I hereby certify that on July 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Joshua S. Press

JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov