# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 10, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1294 | AUNG DOE, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br> Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-15483<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly |

The following are before the court:

1. **APPELLANTS' MOTION FOR SUMMARY REVERSAL OR, ALTERNATIVELY, FOR A STAY OF THE DISTRICT COURT'S POSTPONEMENT ORDER PENDING APPEAL**, filed on July 3, 2026, by counsel for the appellants.

2. **NOTICE OF INTENT TO FILE RESPONSE BRIEF AND REQUEST TO SCHEDULE BRIEFING IN OPPOSITION OF DEFENDANTS-APPELLANTS' MOTION FOR SUMMARY REVERSAL OR, ALTERNATIVELY**, for a stay, filed on July 7, 2026, by counsel for the appellees.

**IT IS ORDERED** that the parties shall file, by July 13, 2026, position statements addressing whether they oppose this court summarily reversing the district court's postponement order, remanding for further proceedings, and issuing the mandate immediately.

form name: **c7_Order_BTC**     (form ID: **178**)