IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 26-1294

| | |
|---|---|
| AUNG DOE, *et al.*, | ) Appeal from the United States |
| | ) District Court for the Northern |
| Plaintiffs-Appellees, | ) District of Illinois |
| | ) |
| v. | ) No. 25 C 15483 |
| | ) |
| MARKWAYNE MULLIN, *et al.*, | ) Matthew F. Kennelly, |
| | ) District Judge |
| Defendants-Appellants. | ) |

**APPELLANTS' POSITION STATEMENT**

Appellants, Secretary of Homeland Security Markwayne Mullin, U.S. Citizenship and Immigration Services, the United States Department of Homeland Security, and the United States of America, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, and pursuant to this court's order of July 10, 2026, hereby file their as-ordered position statement. In that order, this court asked the parties to "address[ ] whether they oppose this court summarily reversing the district court's postponement order, remanding for further proceedings, and issuing the mandate immediately." Appellants support that course of action for the reasons they provided in their motion of July 3, 2026, and maintain their request for a stay pending appeal during any interim period prior to issuance of a summary reversal decision. *See* Dkt. 27.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
    JOSHUA S. PRESS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7625
    joshua.press@usdoj.gov

2

## Certificate of Service

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Joshua S. Press

JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov