

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Joshua S. Press* | *Dirksen Federal Courthouse* | *312-886-7625* |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | *joshua.press@usdoj.gov* |
| | *Chicago, Illinois 60604* | |

July 14, 2026

Christopher G. Conway
Clerk, United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

   Re: Citation of Supplemental Authority in *Aung Doe v. Mullin*, No. 26-1294 (7th Cir.)

Dear Mr. Conway:

   Pursuant to Federal Rule of Appellate Procedure 28(j), please bring to the court's attention the attached order by the U.S. Court of Appeals for the Ninth Circuit in *National TPS Alliance v. Mullin*, No. 26-199, Dkt. 44 (9th Cir. July 14, 2026) (attached hereto).

   That order is relevant to appellants' request for summary disposition of this appeal. This is because the Ninth Circuit's order from earlier today summarily vacated a district court's final judgment granting relief on non-constitutional claims challenging the termination of TPS designations for Nepal, Honduras, and Nicaragua, in light of the Supreme Court's recent decision concluding that non-constitutional challenges to TPS terminations are not subject to judicial review. Appellants suggest that similar summary disposition is appropriate here.

       Very truly yours,

       ANDREW S. BOUTROS
       United States Attorney

       By: _____
        JOSHUA S. PRESS
        Assistant United States Attorney